IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY DISPENSA, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 10-7486 |
| v. | : | |
| CITY OF PHILADELPHIA, *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 27th day of July, 2011, upon the representations made to this court by counsel, it is hereby ORDERED that the above-captioned action is DISMISSED WITH PREJUDICE AND WITHOUT COSTS, pursuant to Local Rule 41.1(b).

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. DARNELL JONES, II,  U.S.D.J.